

FILED

JUL 09 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

DEWAYNE CLARK, )
      Plaintiff, )
)
v. ) Case No. 25 CV - 3 4 5 CVE - SH
)
CORECIVIC, INC., ET AL, )
      Defendant(s). )

### *EX PARTE* MOTION REQUESTING LEAVE TO FILE *PRO SE* PRISONER COMPLAINT WITHOUT COURT SUPPLIED FORM
* * * * * *

**COMES NOW** the Plaintiff, Dewayne Clark ("Clark"), *pro se*, and respectfully requests that he be permitted to file the Civil Complaint, tendered herewith, not on the Court supplied prisoner *pro se* complaint form. In support thereof, Clark states as follows:

1) In his Civil Complaint, Clark is asserting that the Defendants willfully violated numerous laws and Constitutional protections;

2) In the tendered complaint, Clark asserts various complex theories as to how his rights and protections were violated by the Defendants;

3) Because Clark is asserting claims under the Oklahoma Tort Law, and Common Oklahoma State law – there is not a single form that encompasses both;

4) Clark's Civil Complaint meets all of the pleading requirements of Fed. R. Civ. P. 8;



5) Not mandating that Clark use the Court supplied *pro se* form gives him the ability to state the facts of the case and his theories for relief adequately and succinctly;

6) Should this Court determine that Clark is required to submit his complaint on a Court supplied form, he would ask that his Civil Complaint be filed with the Court to preserve any statutory deadlines and that he be permitted a reasonable time frame to submit the completed form(s);

7) No party would be unduly prejudiced should the Court grant the reasonable relief requested herein; and

8) Clark brings this Motion in good faith.

**WHEREFORE** for the reasons stated herein, Clark prays that this Honorable Court **GRANT** him leave to proceed with the filing of his Civil Complaint tendered herewith.

*Respectfully Submitted,*

Dewayne Clark
Reg #: 32563-044
USP McCreary – Satellite Camp
U. S. Penitentiary
P.O. Box 3000
Pine Knot, KY 42635

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this 3 day of July 2025 did forward a true and correct copy of the foregoing Motion – via the United States Postal Service, using postage pre-paid means, to the person(s) listed below:

**ORIGINAL TO:**
United States District Court Clerk
Northern District of Oklahoma
333 W. 4th Street, Room 411
Tulsa, OK 74103

**WITNESS MY HAND THIS 3 DAY OF JULY 2025**

_____                                    _____
Witness                                                                    Dewayne Clark