**Extremely Urgent**

Use. Reuse. Recycle.



Visit **UPS.com**

**Apply shipping documents on this side.**

Scan QR code to schedule a pickup

This envelope is for use with the following services: **UPS Next Day Air®**, **UPS Worldwide Express®**, **UPS 2nd Day Air®**

Do not use this envelope for: **UPS Ground**, **UPS Standard**

**Domestic Shipments**
- To qualify for the letter rate, UPS Express correspondence, urgent documents, and 8 oz. or less. UPS Express envelopes containing or weighing more than 8oz. will be billed

**International Shipments**
- The UPS Express envelope may be used value. Certain countries consider electronic ups.com/importexport to verify if your sh

- To qualify for the letter rate, the UPS Expre UPS express envelopes weighing more tha

**Note:** UPS Express envelopes are not recom electronic media containing sensitive person Do not send cash or cash equivalent.

## Reusable Express Envelope

**Letter Size**
Reduce paper waste by using this en return to sender or with another reci flap above.

 100% Recycled fiber 80% Post-Consumer

International Shipping Notice — Carriage here and other terms and/or conditions established Rules Relating to International Carriage by Air on the Contract for the International Carriage commodities, technology or software were ex Administration Regulations. Diversion contrary



SHIP TO:
UNITED STATES DISTRICT COURT CLERK
WESTERN DISTRICT OF OKLAHOMA
200 NW 4TH ST STE 4434
OKLAHOMA CITY OK 73102-3001

MR DEWAYNE CLARK REG: 32563-04
5555555555
USP MCCREARY
PO BOX 3000
PINE KNOT KY 42635

UPS 2ND DAY AIR
TRACKING #: 1Z 84R V87 02 0900 8669

OK 731 6-01

0.1 LBS LTR    1 OF 1

BILLING: 3RD PARTY

FOR UPS SHIPPING ONLY

Serving you for more than 110 years
United Parcel Service.®

  

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com    010195112    05/21    PAC    United Parcel Service