# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

DEWAYNE CLARK,                        )
                                     )
    Plaintiff,                    )
                                     )
v.                                   )    Case No. CIV-25-775-SLP
                                     )
CORECIVIC, INC., et al.,             )
                                     )
    Defendants.                   )

## **O R D E R**

Before the Court is Plaintiff's Reply in Support of His Motion for Voluntary Dismissal Without Prejudice [Doc. No. 37].   Plaintiff's submission was not filed with the Court until April 23, 2026.  Pursuant to the Court's local rules, the deadline to submit a reply brief to a civil motion is "within 7 days after the date the response was filed[,]" which made Plaintiff's reply brief due on April 18, 2026.  *See* LCvR 7.1(g).  Even if the Court were to consider Plaintiff's date of mailing of April 20, 2026, on his Certificate of Service, such filing would still be untimely.[1] Plaintiff's status as a pro se prisoner does not excuse Plaintiff from his obligations to comply with the Federal Rules of Civil Procedure and the Court's local rules.  *See*, *e.g.*, *Ogden v. San Juan Cnty.*, 32 F.3d 452, 455 (10th Cir. 1994) ("pro se parties must comply with the same procedural rules that govern all other litigants").

---

[1] The Court notes such Certificate of Service is insufficient to receive the benefits of the prison mailbox rule.  *See Price v. Philpot*, 430 F.3d 1158, 1166 (10th Cir. 2005).

IT IS THEREFORE ORDERED Plaintiff's Reply in Support of His Motion for Voluntary Dismissal Without Prejudice [Doc. No. 37] is STRICKEN as procedurally improper.

IT IS SO ORDERED this 28th day of April, 2026.

_____
**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**